UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**IN RE:**  **CASE NO.: 21-10176-JDW**
**CHAPTER 13**

**Eurnell Hoyle,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank, N.A., as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee, for Mid-State Trust XI ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**10700 ABBOTT'S BRIDGE RD, SUITE 170**
**DULUTH, GA 30097**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Rd, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112 Ext 145

    By: /s/Susana E. Lykins
        Susana E. Lykins
        Email: slykins@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

EURNELL HOYLE
103 NORTH ROAD
HOLLY SPRINGS, MS 38635

And via electronic mail to:

ROBERT HUDSON LOMENICK, JR.
P.O. BOX 417
HOLLY SPRINGS, MS 38635

LOCKE D. BARKLEY
6360 I-55 NORTH SUITE 140
JACKSON, MS 39211

U. S. TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS 39201

                                                By: /s/ VJ Allen
                                                VJ Allen
                                                Email: viallen@rascrane.com