# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: EURNELL HOYLE**                                          **CHAPTER 13**

**DEBTOR**                                                                **CASE NO. 21-10176 JDW**

## MOTION TO SHORTEN TIME

COMES NOW, the Debtor, Eurnell Hoyle, by and through his attorney, and moves this Court for an Order to Shorten Time to respond to the Motion to Suspend Plan Payments (Dkt. #61). The Petitioner supports his Motion with the following facts:

1. The Debtor's income has decreased and he will not have enough income for the months of November and December, 2021, for bills and living expenses. Time is of the essence in this matter, as the November, 2021, payment is currently due.

2. Debtor requests that the Court shorten the response time to said Motion to seven (7) days.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order shortening time to respond to said Motion to seven (7) days.

RESPECTFULLY SUBMITTED, this the 4th day of November, 2021.

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB#6558
ROBERT H. LOMENICK, MSB #104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
(662) 252-3224/karen.schneller@gmail.com
robert@northmsbankruptcy.com

## CERTIFICATE OF SERVICE

    I, Robert H. Lomenick, Attorney for Debtor, do hereby certify that I have this day mailed postage prepaid and/or via electronic delivery, a true and correct copy of the above and foregoing Motion To Shorten Time to:

Locke D. Barkley, via ECF

Office of the U. S. Trustee, via ECF

all creditors on the attached matrix

    This the 4th day of November, 2021.

/s/Robert H. Lomenick
KAREN B. SCHNELLER
ROBERT H. LOMENICK