CM/ECF ntcm2
(Rev. 01/04/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Eurnell Hoyle )    Case No.: 21–10176–JDW
       Debtor(s) )    Chapter: 13
        )    Judge: Jason D. Woodard
        )
        )

NOTICE IS HEREBY GIVEN that a:

*61* – Motion To Suspend Plan Payments Filed by Robert Hudson Lomenick Jr. on behalf of Eurnell Hoyle. (Attachments: # 1 Matrix) (Lomenick, Robert)

LAST DAY TO FILE OBJECTIONS OR RESPONSES IS 11/12/21.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said date; otherwise, the Court may consider said motion immediately after the objection or response due date.

A copy of the motion and this notice must be served pursuant to Fed. R. Bankr. P. 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION AND THIS NOTICE ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/4/21

                                                  Shallanda J. Clay
                                                  Clerk, U.S. Bankruptcy Court

                                           BY: WC
                                                Deputy Clerk